UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Road Sprinkler Fitters Local Union No. 669, U.S., AFL-CIO; Michael J. Wingler, Joseph L. Patrick, James A. Ault, and Bradley R. Robinson,

Plaintiffs,

v.

Northstar Fire of America, Inc., Northstar Fire Protection, Inc., Northstar ATL, Inc., Northstar CHI, Inc., Northstar CMH, Inc., Northstar LAS, Inc., Northstar MSP, Inc., Northstar MW, Inc., Northstar NE, Inc., Northstar PHL, Inc., Northstar SFO, Inc., R. Colin Barnett, and Sean P. Barnett,

Defendants.

Civil No.00-2152 (JRT/SRN)

**PRELIMINARY**
**PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before January 8, 2001.

For the next 45 days, the parties will be permitted to exchange written discovery only. Each party is permitted to serve no more than 35 interrogatories and no more than 20 requests for

DEC 20 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

production of documents during this Phase I Discovery.

At the conclusion of Phase I Discovery, the parties will meet and confer and submit an amended Rule 26 (f) report to the Court recommending a schedule of discovery for the remainder of the case. A separate amended Notice of Pretrial Conference will issue for a time subsequent to the completion of Phase I Discovery.

Dated: December 19, 2000.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge