**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ROAD SPRINKLER FITTERS LOCAL UNION NO. 669, et al.,

Plaintiffs,

v.

NORTHSTAR FIRE OF AMERICA, INC., et al.,

Defendants.

Civil 00-2152 (JRT/SRN)

**ORDER OF REFERENCE**

---

William W. Osborne, Jr., OSBORNE LAW OFFICES, One Thomas Circle, NW, Suite 1150, Washington, D.C., 20005; and Richard A. Williams, Jr, WILLIAMS & IVERSEN, 1611 West county Road B, Suite 208, Roseville, MN 55113, for plaintiffs.

Paul Landry and Melissa Brettingen, FREDRIKSON & BYRON, 900 South Second Avenue South, Suite 1100, Minneapolis, MN 55402, for defendants.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that plaintiffs' motion to dismiss the counterclaim by defendants [Docket No. 10] and defendants' motion for leave for voluntary dismissal of counterclaim with out prejudice [Docket No. 8] are referred to the Honorable Susan R. Nelson, United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motions upon completion of a hearing. Plaintiffs and defendants

FILED JAN 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

are directed to contact Beverly Riches, calendar clerk for Magistrate Judge Nelson, to schedule a hearing on the motion.

DATED: Jan 16, 2001
at Duluth, Minnesota

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge