**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Road Sprinkler Fitters Local
Union No. 669, et al.,

Plaintiffs,

v. **CIVIL 00-2152 (JRT/SRN)**

Northstar Fire of America, Inc, et al.,

Defendants.

- - - - - - - - - - - - - - - - - -

Trustees of Nat'l Automatic Sprinkler,
Industry Pension Fund, et al.,

Plaintiffs,

v. **CIVIL 01-261 (MJD/SRN)**

Northstar Fire of America, Inc., et al.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No. 00-2152 having been assigned to Judge John R. Tunheim and Case No. 01-261 having later been assigned to Judge Michael J. Davis, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 01-261 be assigned to Judge John R. Tunheim and Magistrate Judge Susan R. Nelson, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated May 28, 1998.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: March 30, 2001.

Judge John R. Tunheim
United States District Court

DATED: March 30, 2001.

Judge Michael J. Davis
United States District Court

MAR 3 0 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order for Reassignment of Related Cases, this case is reassigned to Judge John R. Tunheim. Magistrate Judge Susan R. Nelson remains the magistrate.

NEW CASE NUMBER CIVIL 01-261 JRT/SRN

Use this case number for all further filings.