**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ROAD SPRINKLER FITTERS LOCAL UNION NO. 669, et al.,

Plaintiffs,

v.

NORTHSTAR FIRE OF AMERICA, INC., et al.

Defendants.

Civil 00-2152 (JRT/SRN)

**ORDER OF REFERENCE**

---

William W. Osborne, Jr., OSBORNE LAW OFFICES, One Thomas Circle, NW, Suite 1150, Washington, D.C., 20005; and Richard A. Williams, Jr, WILLIAMS & IVERSEN, 1611 West county Road B, Suite 208, Roseville, MN 55113, for plaintiffs.

Paul Landry and Richard D. Snyder, FREDRIKSON & BYRON, 900 South Second Avenue South, Suite 1100, Minneapolis, MN 55402, for defendants.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that defendants' motion to dismiss [Docket No. 35] is referred to the Honorable Susan R. Nelson, United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Defendants are directed to contact Beverly Riches, calendar clerk for Magistrate Judge Nelson, to schedule a hearing on the motion.

DATED: May 2, 2001
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED MAY 0 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________