**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Road Sprinkler Fitters Local Union No. 669, et al.**

**Plaintiffs,**

**Civil No.00-2152 (JRT/SRN)**

**ORDER**

**v.**

**Northstar Fire of America, Inc., et al.**

**Defendants.**

---

The undersigned, having considered the submission of plaintiffs in the above-captioned matter, and all the files, records and proceedings herein, hereby orders:

1. Plaintiffs are granted permission to file their supplemental memorandum of law in the above-captioned matter (Docket 45);
2. That the supplemental memorandum of law shall be considered by the Court;
3. That defendants may file a reply, limited solely to the issues raised in plaintiffs' supplemental memorandum of law, on or before June 8, 2001.

Dated: June 4, 2001.

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

FILED JUN 4 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________